IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL CORTEZ, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CIV-07-1195-R |
| | ) |
| DEPT. OF CORRECTIONS, | ) |
| DISTRICT COURT OF OKLAHOMA | ) |
| | ) |
|     Respondents. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered October 26, 2007. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED, Petitioner's implied application for leave to proceed *in forma pauperis* is DENIED and Petitioner is ORDERED to pay the filing fee within twenty (20) days of the date of this Order. Unless Petitioner pays the filing fee or shows good cause for his failure to do so within twenty (20) days of the date of this Order, this case will be dismissed.

    IT IS SO ORDERED this 20th day of November, 2007.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE